Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARION
SEXTON, Appellant, *v.* THE WARDEN OF THE FEMALE
WORKHOUSE, NEW YORK CITY, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Habeas corpus — New York city — magistrate — validity of sentence
imposed by magistrate other than one hearing charge against and finding
defendant guilty.*

*People ex rel. Sexton* v. *Warden, etc.,* 216 App. Div. 223, affirmed.
(Argued May 24, 1926; decided June 8, 1926.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 23, 1926, which reversed an order of Special Term
sustaining a writ of habeas corpus, dismissed the said
writ and remanded the relator to custody. The questions
on appeal were as to the right of one city magistrate in
the city of New York after hearing a charge of vagrancy
against a defendant and finding her guilty to remand
the defendant for a period not exceeding three days for
the purpose of having a proper investigation made and
to indorse in writing the request that any succeeding
magistrate presiding in the same court impose sentence
and as to the validity of the sentence so imposed.

*Max Altmayer* and *Nathan Ballin* for appellant.

*Joab H. Banton, District Attorney (Michael J. Driscoll*
of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.